IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTARTE DAVIS-RICE,  )  <br>          )  <br>  Petitioner,  )  <br>          )  <br>  v.      )  <br>          )  <br> JOHN KENDALL,    )  <br>          )  <br>  Respondent.  )  <br> _____ ) | No. C 06-4559 MMC (PR)  <br><br>**ORDER OF DISMISSAL** |

The above-titled action was opened when petitioner, a federal prisoner proceeding pro se, filed an application to proceed in forma pauperis ("ifp") with respect to an appeal, which appeal appears to be from a decision of the Bankruptcy Appellate Panel ("BAP"). It further appears that petitioner intended to file the application with the United States Court of Appeals for the Ninth Circuit because, although the application was filed on a district court form, the cover letter is addressed to the Clerk of the Ninth Circuit. This Court is aware of no authority providing that the district court is the proper court in which to file an application to proceed ifp on appeal from a decision of the BAP. Accordingly, the above-titled action is hereby DISMISSED, without prejudice to petitioner's seeking to proceed ifp in connection with her bankruptcy appeal by submitting the ifp application to the proper court.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 18, 2006

MAXINE M. CHESNEY  
United States District Judge